L. Grant Foster, 7202
gfoster@hollandhart.com
Brett L. Foster, 6089
bfoster@hollandhart.com
Christopher B. Hadley, 14055
cbhadley@hollandhart.com
HOLLAND & HART LLP
222 South Main St., Suite 2200
Salt Lake City, Utah 84101
Telephone:  (801) 799-5800
Facsimile:  (801) 799-5700

*Attorneys for Plaintiff Browning*

Heidi G. Goebel, 10343
Scott T. Evans, 6218
CHRISTENSEN & JENSEN PC
15 W South Temple, Ste 800
Salt Lake City, UT 84101
Phone: (801) 323-5000
Email: heidi.goebel@chrisjen.com

Of Counsel:
Samuel W. Apicelli (admitted *pro hac vice*)
DUANE MORRIS LLP
30 South 17th Street
Philadelphia, PA 19103
Phone: 215-979-1255
Email: swapicelli@duanemorris.com

Christopher S. Kroon (admitted *pro hac vice*)
DUANE MORRIS LLP
100 High Street, Suite 2400
Boston, Ma 02110
Phone: 857-488-4276
Email: CSKroon@duanemorris.com

*Attorneys for Defendant Sturm, Ruger & Co., Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **BROWNING**, a Utah corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>**STURM, RUGER & CO., INC.**,<br>a New Hampshire corporation,<br><br>    Defendant. | **STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Case No. 1:13-cv-00013-CW<br><br>Judge Clark Waddoups |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel of record, that:

1

1.All claims in the above-captioned litigation should be hereby dismissed with prejudice;

2.Each Party to this litigation will bear its own costs and attorneys' fees; and

3.This Court will retain jurisdiction to enforce this Stipulation and the parties' related agreements resolving this matter.

A proposed order is attached hereto and has been lodged with the Court.

SO STIPULATED:

| | |
|---|---|
| Dated: October 22, 2014. | Respectfully submitted, |

/s/ Brett L. Foster
L. Grant Foster, 7202
gfoster@hollandhart.com
Brett L. Foster, 6089
bfoster@hollandhart.com
Christopher B. Hadley, 14055
cbhadley@hollandhart.com
HOLLAND & HART LLP
222 South Main St., Suite 2200
Salt Lake City, Utah 84101
Telephone:  (801) 799-5800
Facsimile:  (801) 799-5700

*Attorneys for Plaintiff Browning*

/s/ Heidi G. Goebel
(*signed by filing attorney with permission of defendant attorney*)
Heidi G. Goebel, 10343
Scott T. Evans, 6218
CHRISTENSEN & JENSEN PC
15 W South Temple, Ste. 800
Salt Lake City, UT 84101
Phone: (801) 323-5000
Email: heidi.goebel@chrisjen.com

Of Counsel:
Samuel W. Apicelli (admitted *pro hac vice)*
DUANE MORRIS LLP
30 South 17th Street
Philadelphia, PA 19103
Phone: 215-979-1255
Email: swapicelli@duanemorris.com

Christopher S. Kroon (admitted *pro hac vice)*
DUANE MORRIS LLP
100 High Street, Suite 2400
Boston, Ma 02110
Phone: 857-488-4276
Email: CSKroon@duanemorris.com

*Attorneys for Defendant Sturm, Ruger & Co., Inc.*

7251310_2